**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUZANNE WAXMAN,

    Plaintiff,

v.                                    Case No: 8:15-cv-2508-T-30TBM

LEN-TRAN, INC. and
DARRELL TURNER,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Dismissal With Prejudice (Dkt. #8).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of February, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record